RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Amy_Cleary@fd.org
Attorney for Leonard Jones

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00344-KJD-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINES** |
| v. | (First Request) |
| LEONARD JONES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Amy B. Cleary, Assistant Federal Public Defender, counsel for Leonard Jones, that the following due dates, as ordered by this Court [ECF. No. 61] be extended.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the previously ordered deadlines for Petitioner's Supplemental Brief in Support of his § 2255 Motion, which is currently due October 11, 2019, the Government's Supplemental Brief, which is currently due October 25, 2019, and the Petitioner's Reply, which is currently due within seven days of the Government's Supplemental Brief, be vacated.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the Petitioner shall have to and including October 21, 2019, within which to file the Petitioner's Supplemental Brief in Support of his § 2255 Motion, the Government shall have to and including November 4, 2019, within which to file the Government's Supplemental Brief, with both the Petitioner's and the Government's Supplemental Briefs to squarely address the issue of which prong the Petitioner was convicted or sentenced under, and the Petitioner shall have to and including seven days following the filing of the Government's Supplemental Brief within which to file a Reply directly addressing the Government's arguments.

The Stipulation is entered into for the following reasons:

1. Counsel for the Petitioner needs additional time in order to adequately prepare the Petitioner's Supplemental Brief in Support of his § 2255 Motion.

2. The parties agree to the continuance of the deadlines as set forth herein.

3. This is the first stipulation to continue the deadlines relative to the Petitioner's Supplemental Brief in Support of his § 2255 Motion.

DATED this 11th day of October, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: */s/ Amy B. Cleary*<br>AMY B. CLEARY<br>Assistant Federal Public Defender | By: */s/ Elizabeth O. White*<br>ELIZABETH O. WHITE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONARD JONES,<br><br>    Defendant. | Case No. 2:14-cr-00344-KJD-PAL<br><br>FINDINGS OF FACT AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Petitioner needs additional time in order to adequately prepare the Petitioner's Supplemental Brief in Support of his § 2255 Motion.

2. The parties agree to the continuance of the deadlines as set forth herein.

3. This is the first stipulation to continue the deadlines relative to the Petitioner's Supplemental Brief in Support of his § 2255 Motion.

## ORDER

IT IS THEREFORE ORDERED that the Petitioner's Supplemental Brief in Support of his § 2255 Motion is due October 21, 2019, and the Government's Supplemental Brief is due November 4, 2019, with both the Petitioner's and the Government's Supplemental Briefs to squarely address the issue of which prong the Petitioner was convicted or sentenced under; and the Petitioner's Reply is due within seven days of the filing of the Government's Supplemental Brief, and is to directly address the Government's arguments.

DATED this __18TH__ day of October, 2019.

UNITED STATES DISTRICT JUDGE