# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

v.

LEONARD JONES

                Defendant.

JUDGMENT

Case Number: 2:14-cr-0344-KJD-PAL

(Related case: 2:16-cv-1396-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

the Petitioner's [42] & [44] Motions to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. 2255 is Denied and Judgment is entered for Respondent and against Petitioner.
The Petitioner is Granted a Certificate of Appealability.

 

3/31/2020                                                                   DEBRA K. KEMPI
Date                                                                         Clerk

                                                                                            /s/ D. Reich-Smith
                                                                                             Deputy Clerk